MOTION INFORMATION STATEMENT

Docket Number(s): 15-1681

Caption [use short title]:

Motion for: Extension of Time to file Appellant's Brief and Appendix

ATTALLAH

v.

NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE
NEW YORK INSTITUTE OF TECHNOLOGY

Set forth below precise, complete statement of relief sought:

Requesting Extension of time to file Appellant's Brief and Appendix from (August 31, 2015 to September 30, 2015)

MOVING PARTY: Ahdy L. Attallah
[ ] Plaintiff  [ ] Defendant
[X] Appellant/Petitioner  [ ] Appellee/Respondent

OPPOSING PARTY: NYCOM, NYIT, et al.

MOVING ATTORNEY: Kevin T. Mulhearn, P.C.
OPPOSING ATTORNEY: See Schedule A (Annexed hereto)
[name of attorney, with firm, address, phone number and e-mail]

Kevin T. Mulhearn, P.C.
60 Dutch Hill Road, Suite 15
Orangeburg, NY 10962

Court-Judge/Agency appealed from: EDNY, Hon. Joseph F. Bianco

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [X] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [X] No  If yes, enter date: _____

Signature of Moving Attorney: [signature]  Date: 8/26/2015  Service by: [X] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------------------x
AHDY L. ATTALLAH,

                Plaintiff-Appellant,

- against -

NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE, et al.,

                Defendants-Appellees.
-----------------------------------------------------------------------x

**AFFIRMATION OF
KEVIN T. MULHEARN**

**Docket No. 15-1681**

    Kevin T. Mulhearn, an attorney duly licensed to practice law in the State of New York, and in this Honorable Court, hereby affirms, under penalties of perjury, that:

1. I am the attorney for Plaintiff-Appellant, Ahdy L. Attallah, in the above-captioned appeal.

2. I make this affirmation in support of Plaintiff-Appellant's motion for an extension of time to file his Brief and Appendix from August 31, 2015 to September 30, 2015.

3. No prior application for the relief requested herein has been made.

4. Plaintiff-Appellant filed his Notice of Appeal in this case on May 22, 2015.

5. On July 27, 2015, this Court issued an Order (Doc. No. 48) which provided that Plaintiff-Appellant's Brief is due no later than August 31, 2015.

6. I seek a 30 day extension due to extraordinary circumstances in that my only associate, Christopher Skrypack, Esq., left this firm on relatively short notice several weeks ago, and I have *numerous* briefs and filings on other matters due within the next few days.

7. Given the complexity and number of issues in this appeal, it will be practically impossible for me to file a thorough and comprehensive Brief by August 31, 2015.

8. Pursuant to Local Rule 27.1(f)(1), I have requested each of Defendants' counsel's consent for this one-time extension. To date, none of Defendants' counsel has objected to my application. I do not anticipate any objections to this request.

9. Affirmant hereby respectfully requests an extension of time to file the Brief and Appendix in this appeal from August 31, 2015 to September 30, 2015.

Date: August 26, 2015
Orangeburg, New York

KEVIN THOMAS MULHEARN (KM 2301)

Respectfully submitted by:

Kevin T. Mulhearn, P.C.
*Attorneys for Plaintiff-Appellant, Ahdy L. Attallah*
60 Dutch Hill Road, Suite 15
Orangeburg, NY 10962
(845) 398-0361
kmulhearn@ktmlaw.net

2