# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand and fifteen.

Before:    Ralph K. Winter,
      *Circuit Judge.*

_____

| | |
|---|---|
| Ahdy L. Attallah, | |
| | **ORDER** |
| Plaintiff - Appellant, | Docket No. 15-1681 |
| v. | |
| New York College of Osteopathic Medicine, *et al.*, | |
| Defendants - Appellees. | |

_____

  Appellant moves for a 30-day extension until September 30, 2015 to file his principal brief and the appendix.

  IT IS HEREBY ORDERED that the motion is GRANTED. However, no further extensions should be sought or will be granted. The appeal is dismissed effective September 30, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

           For the Court:

           Catherine O'Hagan Wolfe,
           Clerk of Court

